## STATE SUPREME COURT—Continued

18786—Wilberforce University v. Grace Green, et al.; Greene Appeals, reversed. Marshall, C. J., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 9-29-24; 2 Abs. 524.

18790—Wilberforce University (Trustees) v. Grace Green, et al; Greene Appeals, reversed. Marshall, C. J., Jones Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 10-2-24; 2 Abs. 610.

18838—Andy Kossick v. Sharon Steel Hoop Co.; Mahoning Appeals, reversed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 1-27-25; 3 Abs. 66; OA. 3 Abs. 56; mo. cer. sus. 3 Abs. 6.

18855—Pennsylvania R. Co. v. Rice Coal Co; Muskingum Appeals, reversed. Marshall, C. J., Jones, Matthias, Day and Kinkade, JJ., concur. Dock. 12-10-24; 3 Abs. 2; OS. Pend. 3 Abs. 99.

18856—James Psaris v. Alma Fredericks; Stark Appeals, affirmed. Marshall, C. J., Jones, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 12-11-24; 3 Abs. 2; mo. 3 Abs. 98.

18866—Franklin Co. (Com.) v. Commercial National Bank et al; Franklin Appeals, affirmed. Marshall, C. J., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Allen, J. dissents. Dock. 12-15-24; 3 Abs. 2. mo. Dock. 3 Abs. 163.

18935—Toledo (City) v Toledo Edison Co; Lucas Appeals, dismissed no const. ques. Jones, Matthias, Day & Robinson, JJ., concur. Dock. 2-3-25; 3 Abs. 82.

18937—Foundry Appliance Co. v. Corbett Ratliff, Admr.; Hamilton Appeals, reversed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-4-25; 3 Abs. 82.

18945—George W. Kissinger et al v. Alva Hill, Admr., et al. Warren Appeals, affirmed. Marshall, CJ., Jones, Matthias, Day, Kinkade and Robinson, JJ., concur. Dock. 2-7-25; 3 Abs. 98; OS. Pend. 3 Abs. 165.

18953—State, ex rel, Shirley v. Willis F. Corbett. Quo Warranto. Writ denied. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock.

18954—Toledo (City) v. Toledo Edison Co.; Lucas Appeals. Dismissed no const. ques. Jones Matthias, Day and Robinson, JJ., concur. Dock. 2-10-25; 3 Abs. 98.

18956—Harold Grossweiler v. State of Ohio; Stark Appeals, reversed. Marshall, CJ., Jones, Matthias, Kinkade and Robinson, JJ., concur. Dock. 2-10-25; 3 Abs. 98.

18977—State ex Denning v. J. A. Shriver et. In Mandamus. Writ denied. Marshall, CJ., Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 2-25-25; 3 Abs. 146.

19018—State ex Boss v. Wm. F. Hess, Auditor; Hamilton Appeals, affirmed. Marshall, CJ., Jones, Matthias, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-13-25; 3 Abs. 184.

19030—Ephoch Producing Co. v. Vernon M. Reigel, Director; error to Dept. Education, Film Censorship. Order affirmed. Marshall, CJ., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 3-19-25; 3 Abs. 198.

## MOTION DOCKET

18750—Emelia H. Pritz v. Frank Messer et. Supp. motion on Hamilton Appeals to certify. Overruled. Dock. 8-11-24; 2 Abs. 484; OS. Pend. 3 Abs. 165; See OS. 2 Abs. 525, 620, 660.

18750—Emelia H. Pritz v. Frank Messer et. Motion by Pritz to require Hamilton Appeals to correct decree. Overruled. Dock. 8-11-24; 2 Abs. 484; OS. Pend. 3 Abs. 165; see, 2 Abs. 525, 620, 660.

18898—National Funding Co. v. Katherine Volk, d. b. a., etc. Motion on Cuyahoga Appeals to certify. Overruled. Dock. 1-5-25; 3 Abs. 24.

18935—Toledo (City) v. Toledo Edison Co. et al. Motion by Edison Co. to dismiss pet. err. as of right. Sustained. Dock. 2-3-25; 3 Abs. 82.

18954—Toledo (City) v. Toledo Edison Co. et al. Motion by Edison Co. to dismiss pet. err. as of right. Sustained. Dock. 2-10-25; 3 Abs. 98.

19000—Phillip Morton v. State. Motion on Hamilton Appeals to certify. Overruled. Dock. 3-7-25; 3 Abs. 162; OA. 3 Abs. 328.

19001—W. & L. E. R. Co. v Arthur Harrold. Motion on Stark Appeals to certify. Overruled. Dock. 3-7-25; 3 Abs. 162.

19012—Florence Hudson Heath v. Cleveland (City). Motion on Cuyahoga Appeals to certify. Allowed. Dock. 3-10-25; 3 Abs. 162. OA. 3 Abs. 277.

19013—Benny Kauff v. State. Motion on Fairfield Appeals to certify. Overruled. Dock. 3-11-25, 3 Abs. 184.

19024—State v. Ford Motor Co. Motion on Franklin Appeals to certify. Overruled. Dock. 3-18-25; 3 Abs. 198; OS. Pend. 3 Abs. 299.

19024—State v. Ford Motor Co. Motion by Ford Co. to dismiss pet. err. as of right. Sustained. Dock. 3-18-25; 3 Abs. 198; OS. Pend. 3 Abs. 299.

19025—Robert E. Tuck v. George Chapple. Motion on Cuyahoga Appeals to certify. Allowed. Dock. 3-18-25; 3 Abs. 198.

19026—Amanda Tuck v. George Chapple. Motion on Cuyahoga Appeals to certify. Allowed. Dock. 3-18-25; 3 Abs. 198.

19040—William C. Tatman v. John Snyder. Motion on Hamilton Appeals to certify. Overruled. Dock. 3-25-25; 3 Abs. 214; OS. Pend. 3 Abs. 252.

19051—Birchard A. Hayes et v. Henry C. Taylor. Motion on Lucas Appeals to certify. Overruled. Dock. 3-30-25; 3 Abs. 214; OA. 3 Abs. 331; OS. Pend. 3 Abs. 270.

19052—John W. Wegman v. Harmon H. Wegman et. Motion on Wood Appeals to certify. Overruled. Dock. 3-30-25; 3 Abs. 214; OA. 3 Abs. 212; OS. Pend. 3 Abs. 316.

19055—Robert M. Whitlock Extr. v. Pansy Matson. Motion on Hamilton Appeals to certify. Dismissed for failure to file within rule. Dock. 3-30-25; 3 Abs. 214.